1 | RONALD F. LOPEZ, CA BAR NO. 111756
THELEN REID BROWN RAYSMAN & STEINER LLP
2 | 101 Second Street, Suite 1800
San Francisco, CA 94105-3606
3 | Telephone: (415) 371-1200
Facsimile: (415) 371-1211
4

5 | ROBERT E. KREBS, CA BAR NO. 057526
THELEN REID BROWN RAYSMAN & STEINER LLP
6 | 225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
7 | Telephone: (408) 292-5800
Facsimile: (408) 287-8040
8

**IT IS SO ORDERED**

9 | Attorneys for Plaintiff
TELUS CORPORATION

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

10

11

14 Jan 2008

**DATE**

12 | UNITED STATES DISTRICT COURT

13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

16 | TELUS Corporation, a foreign | Case No.: 3:07-cv-03434 (VRW)
17 | corporation,

18 | Plaintiff, | STIPULATION REGARDING E-FILING

19 |

20 | DENNIS WATSON, an individual,

21 | Defendant.

·22

23 | WHEREAS plaintiff TELUS Corporation ("TELUS") and defendant Dennis Watson

24 | ("Watson) (collectively, the "parties") have decided, for the mutual interest and convenience of the

25 | parties and the Court, that this case be converted to the Court's electronic case file system

26 | ("ECF");

27 | IT IS THEREFORE HEREBY STIPULATED AND AGREED between and among the

28 | parties that all documents filed in this case by either party shall be electronically filed to the

-1-

STIPULATION RE: ECF

1  Court's ECF system in accordance with the instructions, rules, and requirements provided in

2  General Order No. 45 (Electronic Case Filing), available at

3  http://www.cand.uscourts.gov/CAND/LocalRul.nsf/10ffec4f66aa15db88256d4f005bb710/d71216

4  5da7cce99c88256d4f005bc782/$FILE/GO45.pdf, and in accordance with any such additional

5  rules, amendments, or other instruction as may be provided by the Court.

6

7  Dated: January __, 2008                     THELEN REID BROWN RAYSMAN & STEINER LLP

8

9                                              By  /s/ Ronald F. Lopez
                                               Ronald F. Lopez
10                                             Attorneys for TELUS Corporation

11
   Dated: January 09 2008                      By
12                                             Dennis Watson
                                               Defendant in Propia Persona
13

14

15

16

17  Pursuant to General Order 45 of this Court, I, Lisa C. McCurdy, hereby verify that concurrence in

18  the filing of this stipulation was obtained from the above signatories, whose signatures are

19  provided electronically.

20

21

·22

23

24

25

26

27

28

STIPULATION RE: ECF