DENNIS J. WATSON
#27 9965 154 Street
Surrey, B.C.
Canada V3R 7V8
Telephone: (604) 495-6869
E-mail: dennis_watson100@hotmail.com

Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TELUS Corporation, a Canadian corporation,** | Case No.: C07-3434 (VRW) |
| **Plaintiff,** | **DEFENDANT'S RESPONSE** |
| | **TO ORDER TO SHOW CAUSE** |
| **DENNIS WATSON,** | |
| **Defendant.** | |

Mr. Lopez claims that his client did not chose this forum to disadvantage the defendant. That is not entirely true. When Mr. Lopez added a huge wish list to his application including costs and damages, that clearly was done to intimidate me into forfeiting my Charter right to free speech or in this case First Amendment right.

I did not chose this forum by joining Youtube nor did I chose this forum when I filed a counter notification after they had several videos taken off Youtube they had no possible copyright claim on. They chose this forum by committing Copyfraud.

The video exerts posted actually fall under three categories. A TELUS training seminar that is not an original work and is full of copyright infringements stolen from American Idol. Which was a taped seminar that was used on and ongoing basis as a training video that was full of sexual harassment and unlawful conduct. That made it an exhibit to their false allegations of slander when we complained about it. They lied and claimed the video never existed. Me posting exerts on Youtube as an exhibit was proof that I was not guilty of slander. I was telling the truth and the public concerns with the video and training methods were valid.

Two videos were original works of TELUS employees and had a few screen clips they made an over reaching copyright claim on but many videos had no screen clips and no copyrighted material in them at all. That act of censorship constitutes fraud.

-2-

Mr. Lopez is from a large law firm representing a large corporation and continues to bully me by implying I am in some way guilty of wrongdoing by complaining about unlawful conduct. That unlawful conduct has never been on trial. Mr. Lopez's perjury in his initial application and subsequent opposition brief has also not gone on trial. Perjury is a serious offense and when large corporations and large law firms are allowed to commit perjury in court applications and briefs with absolutely no consequences whatsoever, we are all diminished.

The only thing I agree with Mr. Lopez on is the fact that this dispute is about posting videos on Youtube. Nothing more nothing less. That makes this forum the proper venue for getting the videos fraudulently taken off Youtube back on Youtube. Canadian laws are to be tried in Canadian courts.

My agreement on jurisdiction is absolutely conditional on my motion to strike in that the only thing on the table is what videos go back on Youtube and what videos stay off Youtube. Suing me costs for asserting my First Amendment right to complain about unlawful conduct is just not right. It defies natural justice. Failing to charge Mr. Lopez with perjury for lying about the content of the video in his initial application and subsequent opposition brief is just plain wrong.

I agree to jurisdiction to resolve what videos go back on Youtube and what videos stay off. That is all. If they want to sue me for relief they can do it in a Canadian court.


Dated: September 11, 2008            By   DW_____
                                          Dennis Watson - Defendant