RONALD F. LOPEZ, CA Bar No. 111756
rflopez@nixonpeabody.com
SUSHILA CHANANA, CA Bar No. 254100
schanana@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111–3600
Tel.: (415) 984–8200; Fax: (415) 984–8300
*Attorneys for Plaintiff Telus Corporation*

DENNIS J. WATSON
dennis_watson100@hotmail.com
#27 9965 154 Street
Surrey, B.C.
Canada V3R 7V8
Tel: (604) 495-6869
*Pro Per Defendant*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **TELUS Corporation, a foreign corporation,**<br><br>**Plaintiff,**<br><br>**DENNIS WATSON, an individual,**<br><br>**Defendant.** | Case No. 3:07-cv-03434 (VRW)<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE TIME FOR HEARING DATE FOR PLAINTIFF TELUS' MOTION FOR SUMMARY JUDGMENT**<br><br>Current Hearing Date:  September 10, 2009<br>Judge:          Chief Judge Vaughn R Walker<br>Location:       Courtroom 6, 17th Floor<br>Time:           10 a.m.<br><br>Proposed Hearing Date: ~~November 19, 2009~~<br>Judge:          Chief Judge Vaughn R Walker<br>Location:       Courtroom 6, 17th Floor<br>Time:           10 a.m. |

WHEREAS, pursuant to Civil L.R. 6-2 and L.R. 7-12, Plaintiff Telus Corporation and

Defendant Dennis Watson stipulate to a joint request that the hearing on Telus' Motion for

Summary Judgment, now scheduled for September 10, 2009 at 10:00 a.m., be extended to

November 12
~~November 19,~~ 2009 at 10:00 a.m., or as soon thereafter at the Court's convenience;

WHEREAS, the parties wish to have additional time to gather their evidence and prepare their arguments for or against the summary judgment motion, in order to provide the Court with the most complete record prior to the hearing date;

WHEREAS, this is the first extension requested by either party;

WHEREAS, this extension of time would have no effect on any other scheduled dates of the case schedule;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AND RESPECTFULLY REQUEST THAT THE COURT ORDER, AS FOLLOWS:

The hearing date for Plaintiff's Motion for Summary Judgment currently scheduled for September 10, 2009 shall be continued to ~~November 19, 2009~~.  November 12, 2009 at 10:00AM.

Respectfully submitted,                    Respectfully submitted,

By:    /s/  Sushila Chanana               By:    /s/  Dennis Watson

Attorneys for Plaintiff Telus             Pro Per Defendant
Corporation

PURSUANT TO STIPULATION IT IS SO ORDERED:

Dated:  7/31/2009

IT IS SO ORDERED

Judge Vaughn R Walker

- 1 -

## ATTESTATION CLAUSE

I, Sushila Chanana, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Time for Hearing Date for Plaintiff Telus' Motion for Summary Judgment.  In compliance with General Order 45, X.B., I hereby attest that Counsel for all parties, including Mr. Dennis Watson, have concurred in this filing.

Dated: July 27, 2009                          Nixon Peabody LLP


                                              By: /s/ Sushila Chanana_____
                                              Sushila Chanana
                                              Attorneys for Plaintiff
                                              TELUS CORPORATION